FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0341

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0341

NUGGETT CARMALT

      Plaintiff/Appellant,

vs.

FLATHEAD COUNTY,

      Defendant/Appellee.

---

## *ORDER GRANTING APPELLANT'S UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF*

---

On Appeal from the Montana Eleventh Judicial District Court
Flathead County, Cause No. DV-16-707
Before Hon. Heidi J. Ulbricht

---

Quentin M. Rhoades
RHOADES SIEFERT &
ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
*For Appellant*

Maureen H. Lennon
MACo Defense Services
2717 Skyway Drive, Suite F
Helena, MT 59602-1213
Telephone: 406-441-5471
mlennon@mtcounties.org

Tara Fugina
David Randall
Deputy Flathead County Attorneys
800 South Main Street
Kalispell, MT 59901-5400
Telephone: 406-758-5630
tfugina@flathead.mt.gov
drandall@flathead.mt.gov
*For Appellee*

Upon motion of Appellant Nuggett Carmalt, and for good cause shown,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED. Appellant shall have up to October 18, 2021, in which to file her Opening Brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 14 2021